**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| MAINSTREET BANK )<br>10089 Fairfax Boulevard )<br>Fairfax, Virginia 22030 )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>225 N CHARLES OWNER, LLC )<br>140 Q Street NE, Suite 140B )<br>Washington, District of Columbia 20002 )<br> )<br>SERVE ON: CSC-LAWYERS )<br>INCORPORATING SERVICE )<br>COMPANY )<br>7 St. Paul Street, Suite 820 )<br>Baltimore, Maryland 21202 )<br> )<br>and )<br> )<br>STEVEN SCHWAT )<br>4518 Drummond Avenue )<br>Chevy Chase, Maryland 20815 )<br> )<br>and )<br> )<br>PETER BONNELL )<br>1230 23rd Street, N.W. )<br>Washington, District of Columbia 20037 )<br> )<br>Defendants. ) | Civil Action No. _____ |

**COMPLAINT FOR MONEY JUDGMENT**

MainStreet Bank (the "Bank") alleges as follows:

1. The Bank is a banking institution organized under the laws of Virginia.

42651\156572\12457298.v1

2.    225 N Charles Owner, LLC ("225 N Charles") is a Delaware limited liability company with a principal place of business at 140 Q Street NE, Suite 140B, Washington, District of Columbia 20002.

3.    Steven Schwat resides at 4518 Drummond Avenue, Chevy Chase, Maryland 20815.

4.    Peter Bonnell (collectively with 225 N Charles and Steven Schwat, "Defendants") resides at 1230 23rd Street, N.W., Washington, District of Columbia 20037.

5.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(i) because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00.

6.    225 N Charles is indebted to the Bank under a Commercial Note dated February 2, 2023 in the original principal amount of $4,500,000.00, as modified by a First Modification Agreement dated February 2, 2025 and a Second Modification Agreement dated August 2, 2025 (collectively, the "Note").  A copy of the Note is attached as Exhibit No. 1.

7.    Messrs. Schwat and Bonnell guaranteed payment of the Note pursuant to Guaranties of Payment dated February 2, 2023 (collectively, the "Guaranties"), copies of which are attached as Exhibit Nos. 2 and 3.

8.    The Defendants agreed to submit to the exclusive jurisdiction of the applicable courts for the Commonwealth of Virginia or the United States District Court for the Eastern District of Virginia (Alexandria Division).  *See* Exhibits 1 at § 15(b), 2 at p. 3, and 3 at p. 3. Therefore, this Court has personal jurisdiction over the Defendants and venue is proper.

9.    Defendants defaulted under the Note and Guaranties, respectively, by reason of (a) payment defaults; (b) 225 N Charles's inability to pay its debts as they mature; (c) the Bank's reasonable determination with respect to 225 N Charles that there has been a material adverse

2

change in the business, condition, operations, performance, properties or prospects of 225 N Charles; and (d) 225 N Charles's failure to pay real property taxes due on its real property.

10.     The Bank accelerated the debt under the Note and the Guaranties.

11.     On March 19, 2026, the Bank made a demand for the payment of its costs in the amount of $300,000.00.

12.     As of March 31, 2026, principal of $4,500,000.00, interest of $141,817.87, late charges of $6,773.91, costs of $300,000.00 (total $4,948,591.78), plus legal fees and expenses, were due under the Note and Guaranties. Interest accrues at the rate of 792.50 per diem.

WHEREFORE, MainStreet Bank demands judgment in its favor and against Defendants 225 N Charles Owner, LLC, Steven Schwat, and Peter Bonnell in the amount of $4,948,591.78, plus interest on the unpaid principal sum at the rate of 792.50 per diem from March 31, 2026, plus costs and attorney's fees, and such further relief as the court deems just and appropriate under the circumstances.

/s/ *David S. Musgrave*
David S. Musgrave (VSB 35327)
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
(410) 576-4194 – Phone/Fax
dmusgrave@gfrlaw.com

*Attorneys for MainStreet Bank*

3

42651\156572\12457298.v1