**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| MAINSTREET BANK<br><br>Plaintiff,<br><br>v.<br><br>225 N CHARLES OWNER, LLC, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-00742-LMB-WBP |

**DEFENDANT PETER BONNELL'S ANSWER TO COMPLAINT**

Defendant, Peter Bonnell ("Mr. Bonnell"), by and through undersigned counsel, in answer to the Complaint filed herein by the Plaintiff, Mainstreet Bank (the "Plaintiff"), respectfully responds as follows in answer to the numbered paragraphs of the Complaint:

1. Mr. Bonnell is without sufficient information or knowledge with which to admit or deny Paragraph 1 of the Complaint, and for this reason denies the allegations contained in Paragraph 1.

2. Admitted.

3. Mr. Bonnell is without sufficient information or knowledge with which to admit or deny Paragraph 3 of the Complaint, and for this reason denies the allegations contained in Paragraph 3.

4. Denied.

5. Paragraph 5 calls for a legal conclusion and therefore no response is required. To the extent a response is required, Mr. Bonnell is without sufficient information to admit or deny the allegations set forth in Paragraph 5 of the Complaint, and therefore denies the same.

6. Mr. Bonnell admits that documents entitled Commercial Note, First Modification Agreement, and Second Modification Agreement are attached to the Complaint as Exhibit 1 (collectively, the "Note"), and states that the Note is a document which speaks for itself. All other allegations contained in Paragraph 6 are denied.

7. Mr. Bonnell admits that two Guaranties of Payment are attached to the Complaint as Exhibit 2 (collectively, the "Guarantees"), and states that the Guarantees are documents which speak for themselves. All other allegations contained in Paragraph 7 are denied.

8. Paragraph 8 calls for a legal conclusion and therefore no response is required. To the extent a response is required, Mr. Bonnell states that the referenced documents, Exhibits 1-3 attached to the Complaint, are documents which speak for themselves. All other allegations contained in Paragraph 8 are denied.

9. Mr. Bonnell is without sufficient information or knowledge with which to admit or deny Paragraph 9 of the Complaint, and for this reason denies the allegations contained in Paragraph 9.

10. Mr. Bonnell is without sufficient information or knowledge with which to admit or deny Paragraph 10 of the Complaint, and for this reason denies the allegations contained in Paragraph 10.

11. Mr. Bonnell is without sufficient information or knowledge with which to admit or deny Paragraph 11 of the Complaint, and for this reason denies the allegations contained in Paragraph 11.

12. Mr. Bonnell is without sufficient information or knowledge with which to admit or deny Paragraph 12 of the Complaint, and for this reason denies the allegations contained in Paragraph 12.

**FIRST DEFENSE**

Plaintiff's claims are barred by accord and satisfaction.

**SECOND DEFENSE**

Plaintiff's claims are barred by waiver.

**THIRD DEFENSE**

Plaintiff's claims are barred by the doctrine of unclean hands.

**FOURTH DEFENSE**

Plaintiff's claims are barred by estoppel.

**FIFTH DEFENSE**

Plaintiff's claims are barred by the Plaintiff's failure to mitigate its alleged damages.

**SIXTH DEFENSE**

Mr. Bonnell reserves the right to amend this Answer as he intends to rely upon any and all affirmative defenses he may have with regard to the cause of action claimed by the Plaintiff that becomes apparent through discovery.

**WHEREFORE**, Peter Bonnell, respectfully requests that this Honorable Court enter judgment in his favor and deny the relief sought by the Plaintiff, and grant such other and further relief as is just and proper.

Respectfully submitted,
Peter Bonnell
By Counsel

*/s/ Benjamin P. Smith*
Benjamin P. Smith (Va. Bar No. 90430)
Rebekah F. Paradis (Va. Bar No. 99938)
Shulman Rogers, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
TEL: (301) 230-5241 (Smith)
(301) 230 5257 (Paradis)
FAX: (301) 230-2891
Email: bsmith@shulmanrogers.com
rparadis@shulmanrogers.com

*Attorneys for Defendant Peter Bonnell*

**CERTIFICATE OF SERVICE**

I, hereby certify that on the 11th day of June 2026, the foregoing was electronically filed and served via the Court's ECF system on the following party(ies):

Jeffrey S. Romanick, Esq.
A. Charles Dean, Esq.
Gross, Romanick, Dean & Desimone, P.C.
3975 University Drive, Suite 410
Fairfax, VA 22030
*Counsel for Steven Schwat and 225 N Charles Owner, LLC*

David S. Musgrave, Esq.
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202
*Counsel for Mainstreet Bank*

*/s/ Benjamin P. Smith*
Benjamin P. Smith