**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

MAINSTREET BANK, *

Plaintiff, *

v. * Civil Action No: 1:26-cv-00742-LMB-WPB

225 N CHARLES OWNER, LLC, et al., *

Defendants. *

* * * * * * * * * * * * *

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

MainStreet Bank, 225 N Charles Owner LLC, Steven Schwat and Peter Bonnell stipulate to the dismissal of this action without prejudice, pursuant to Federal Rule of Civil Procedure 41.

*/s/ David S. Musgrave*
David S. Musgrave (VSB No. 35327)
Gordon Feinbaltt LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202
Tel/Fax: (410) 576-4194
dmusgrave@gfrlaw.com

Attorneys for Plaintiff, MainStreet Bank

*/s/ Jeffrey S. Romanick*
Jeffrey S. Romanick (VSB No. 34761)
Gross, Romanic, Dean & DeSimone, PC
3975 University Drive, Suite 410
Fairfax, VA 22030

Attorneys for Defendants, 225 N Charles Owner, LLC and Steven Schwat

*/s/ Benjamin P. Smith*
Benjamin P. Smith (VSB No. 90430)
Shulman Rogers, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, MD 20854
Tel: (301) 230-5241
Fax: (301) 230-2891
bsmith@shulmanrogers.com

Attorneys for Defendant, Peter Bonnell

So Ordered

/s/ LMB
Leonic M. Brinkema
United States District Judge
8/5/26